*In re* Américo Martínez Romero.

*Número:* TS-8545          *Resuelto:* 7 de diciembre de 2015

*Manuel E. Ávila de Jesús*, director de la Oficina de Inspección de Notarías, en informe; *Carmen I. Navas*, procuradora del abogado(a) del Colegio de Abogados y Abogadas de Puerto Rico, abogada del peticionario.

## RESOLUCIÓN

Evaluada la *Solicitud de reinstalación cumplida la suspensión impuesta* de 4 de noviembre de 2015 y la *Moción en cumplimiento de orden*, presentadas por el peticionario, así como el *Informe sobre el estado de obra notarial incautada* presentado por la Oficina de Inspección de Notarías

(ODIN), *se reinstala al Lcdo. Américo Martínez Romero al ejercicio de la abogacía.*

*Se reactivan las Quejas Núms. AB-2012-126, AB-2012-171, AB-2012-282 y AB-2012-296. Además, se otorga término de treinta (30) días a la ODIN para que se exprese sobre la "Moción informativa en cumplimiento de orden", sobre la solicitud de archivo de Queja Núm. AB-2012-126, así como si el cumplimento del licenciado Martínez Romero modifica su recomendación de no aprobar el Protocolo del año 2000. Se instruye a la Secretaria que notifique a la Oficina de la Procuradora General que se reactivaron las Quejas Núms. AB-2012-171, AB-2012-282 y AB-2012-296.*

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*